**AMNISTÍA INTERNACIONAL**
PUERTO RICO

30 de junio de 2023



Lcda. Wanda I. Llovet
Directora Registro Demográfico de Puerto Rico
Departamento de Salud de Puerto Rico
Edificio Metro Center, Urb. Pérez Morris
Calle Mayagüez #5, Esquina Calle Cidra
San Juan, Puerto Rico 00917

**A la mano**

Estimada Lcda. Llovet:

Para cumplir con la decisión emitida en el caso <u>Arroyo González v Rosselló</u>, 305 F. Supp.3d 327 (D.P.R. 2018), en julio del 2018 el Registro Demográfico que usted dirige emitió la Carta Circular Núm. 3-18. A tenor con las instrucciones de la Jueza Cerezo y con el estado legal del momento, el Registro Demográfico enmendó sus políticas y emitió un formulario de solicitud para cambio de género, mediante el que se permite el cambio de sexo/género que aparece en el Registro si la persona presenta los siguientes documentos: 1) un pasaporte, o 2) un certificado de nacimiento con el género con el cual se identifica o, a falta de estos, 3) una certificación emitida por un profesional de la salud. Según la Jueza Cerezo, su determinación se basó en los principios de derecho aplicables, el formulario para cambio de sexo/género del DTOP ya en uso, y las prácticas en otros estados y por el Departamento de Estado de EE.UU.

A pesar de que el Registro Demográfico ha permitido el cambio de sexo/género desde el 2018, la agencia se ha mantenido en el binario de femenino/masculino y no ha sido proactiva en incorporar la alternativa "X" para las personas intersexo o de género no conforme que ya desde el 2021 es parte del formulario para solicitar pasaporte en el Departamento de Estado de EE.UU. Esto significa que, a partir del año pasado, ciudadanes puertorriqueñes tienen un pasaporte que les exime de encasillarse en el binario F/M.

Esta omisión del Registro no solo viola la política pública de Puerto Rico, sino que crea una situación anómala para aquellas personas que completen la solicitud de cambio de género del Registro y presenten sus pasaportes con género X, ya que esa alternativa no aparece en el formulario que tienen que llenar para consignar su cambio. Por

Recibido
[signature] 5/julio/2023 3:35 p.m.