**From:** Liza Gallardo  zaga ardo@amn st apr.org
**Subject:** Re: Respuesta de Departamento de Sa ud- Reg stro Demográfico
**Date:** September 11, 2023 at 6:05 PM
**To:** Johanna Emmanue   jmeh2010@gma .com, Johanna Emmanue   jmeh@mac.com, johanna.emmanue  huertas@upr.edu, naru.de afuente@gma .com, Ange  Gabr e  correo.ange .gabr e @gma .com, Margar ta Mora es  march.mora es15@gma .com, D versxs AlPuertoR co  d versxs@amn st apr.org

**Liza Gallardo** <lizagallardo@amnistiapr.org>   5 53 PM (11 minutes ago)
to Wanda, Agnes, Miguel, Ramon

Saludos,
Confiada que se encuentra bien. Agradecemos su respuesta. Estaremos en comunicación para próximos pasos.
Atentamente,
Liza Gallardo Martín

On Fri, Sep 8, 2023 at 9:51 AM Wanda Llovet Diaz <WLlovet@salud.pr.gov> wrote:

Saludos y mis escusas por no haberle respondido antes sobre la respuesta a nuestra consulta sobre cambio de género en los certificados de nacimiento para añadirle la alternativa X por parte de los asesores legales del Departamento de Salud. En la respuesta a nuestra consulta, el pasado 21 de agosto de 2023, se nos respondió que ni la Asamblea Legislativa ni la reciente jurisprudencia se han expresado sobre esos efectos.

Aunque el Departamento de Salud entiende la importancia de que las personas no binarias tengan métodos para poder sentirse identificados, no obstante, el Registro Demográfico se ve imposibilitado en este momento, de acceder a incluir como alternativa para el cambio de género la X.

Sin otro particular.

Gracias,

## Wanda del C. Llovet Díaz

Directora Ejecutiva

Registro Demográfico

Departamento de Salud

(787) 765-2929 Exts. 6103,6104,6106 y 6129

Edificio Metro Center Calle Mayaguez #5 Esquina Cidra

San Juan, Puerto Rico 00917



Greetings,
I trust that you are well. We thank you for your answer. We will be in touch for next steps.
Sincerely,
Liza Gallardo Martín

Greetings and my apologies for not having answered before regarding the response to our consultation about change of gender in the birth certificates to add the X alternative from the legal advisors of the Department of Health. In the response to our consultation, on this past August 21 of 2023, it was stated to us that neither the Legislature nor the recent jurisprudence has addressed it.

Even though the Department of Health understands the importance of nonbinary people having ways to be able to feel identified, nevertheless, the Demographic Registry finds itself unable at this moment, to agree to include the X as an alternative for the change of gender.

With nothing further.

Thanks,

CERTIFICATE OF ACCURACY OF TRANSLATION

I, G. D. Prosper-Sánchez, certify that I have prepared this translation, and that it is a true, accurate and complete translation of the original text in Spanish that was provided to me.

I am a translator who, having approved Phase 1 of the FCICE, is in compliance with Rule 5 (c) (2). I also have a Ph. D. in Hispanic Linguistics.

_____
G. D. Prosper-Sánchez, Ph. D.
gdprospersanchez@gmail.com

October 24, 2023