STATEMENT UNDER PENALTY OF PERJURY

I, Ínaru Nadia de la Fuente Díaz, of legal age, provide the following certification:

1. My legal name is Ínaru Nadia de la Fuente Díaz.
2. I am a resident of San Juan, Puerto Rico.
3. At present, I work and study.
4. My gender identity is non-binary.
5. I cannot change my gender identity in the Demographic Registry because the form created to request a change of gender does not include an X marker, which is the marker used by the Department of State to identify non-binary people.
6. At present I have a US passport.
7. My US passport identifies my gender as X.
8. I present this statement to supplement the complaint filed in the Federal District Court of Puerto Rico, in the case Ínaru Nadia de la Fuente Díaz, et. al. v Pedro Pierluisi, et. al.

_____
Ínaru Nadia de la Fuente Díaz

   October 15th, 2023
_____
Date of Signature