STATEMENT UNDER PENALTY OF PERJURY

I, __André Rodil Rivera__, of legal age, provide the following certification:

1. My legal name is __Paola A. Rodil Rivera__, but I identify as __André Rodil Rivera__.
2. I am a resident of __San Juan, PR__.
3. At present, I work and study
4. My gender identity is non-binary.
5. I cannot change my gender identity in the Demographic Registry because the form created to request a change of gender does not include an X marker, which is the marker used by the Department of State to identify non-binary people.
6. At present I have a US passport.
7. My US passport identifies my gender as F.
8. When I finally renew my US passport, I will identify my gender as X.
9. I present this statement to supplement the complaint filed in the Federal District Court of Puerto Rico, in the case Ínaru Nadia de la Fuente Díaz, et. al. v Pedro Pierluisi, et. al.

_[signature]_
André Rodil Rivera]

**16 oct 2023**

[Fecha]