# STATEMENT UNDER PENALTY OF PERJURY

I, <u>Yeivy Vélez Bartolomei</u>, of legal age, provide the following certification:

1. My legal name is <u>José Gabriel Vélez Bartolomei</u>, but I identify as <u>Yeivy Vélez Bartolomei</u>.

2. I am a resident of <u>San Juan, Puerto Rico</u>.

3. At present, I work.

4. My gender identity is non-binary.

5. I cannot change my gender identity in the Demographic Registry because the form created to request a change of gender does not include an X marker, which is the marker used by the Department of State to identify non-binary people.

6. At present I have a US passport.

7. My US passport identifies my gender as M.

8. I present this statement to supplement the complaint filed in the Federal District Court of Puerto Rico, in the case Ínaru Nadia de la Fuente Díaz, et. al. v Pedro Pierluisi, et. al.

<u>Yeivy Vélez Bartolomei</u>

[Nombre]

<u>16/octubre/2023</u>

[Fecha]