STATEMENT UNDER PENALTY OF PERJURY

I, Gé Areidawani Castro Cruz, of legal age, provide the following certification:

1. My legal name is Génesis Mariangelys Castro Cruz, but I identify as Gé Areidawani Yaha Castro Cruz.
2. I am a resident of San Juan, Puerto Rico_.
3. At present, I work as a bartender.
4. My gender identity is non-binary.
5. I cannot change my gender identity in the Demographic Registry because the form created to request a change of gender does not include an X marker, which is the marker used by the Department of State to identify non-binary people.
6. At present I have a US passport; and the gender marked is F; which I don't identify with.
7. When I finally request my US passport, I will identify my gender as X.
8. I present this statement to supplement the complaint filed in the Federal District Court of Puerto Rico, in the case Ínaru Nadia de la Fuente Díaz, et. al. v Pedro Pierluisi, et. al.

_[signature]_

Gé Areidawani Castro Cruz

16/octubre/2023