IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ínaru Nadia de la Fuente Díaz, et als.<br>*Plaintiffs*<br><br>vs<br><br>Pedro Pierluisi, et als.<br>*Defendants* | Civil No. 23-cv-1544 (MAJ)<br><br>COMPLAINT FOR DECLARATORY, INJUNCTIVE AND OTHER RELIEFS |

**MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

Come now plaintiffs, to move the Court to grant an extension of time to file their reply to the opposition to Plaintiffs' Motion for Summary Judgment, and request as follows:

The Honorable Court has granted Defendants several extensions of time to answer Plaintiffs' Motion for Summary Judgment, which is now due on January 10, 2025. Their answer will probably be filed in the next two weeks during which time I will be outside of the United States. Therefore, we request that the period to file a reply not begin to run until the 23rd of January, upon the undersigned's return.

WHEREFORE it is respectfully requested from this Honorable Court to grant this request.

CERTIFICATE OF SERVICE

It is hereby certified that this motion was filed electronically, and a true and exact copy of the foregoing will be served on the defendants by the Pacer system.

In San Juan, Puerto Rico this 7th day of January, 2025.

S/ Johanna M. Emmanuelli Huertas
JOHANNA M. EMMANUELLI HUERTAS
USDC-PR #210506 Email: jmeh@mac.com
94 Calle Ponce, San Juan, PR 00917
Tel.: (787)342-6499