IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ínaru Nadia de la Fuente Díaz, et als.<br>*Plaintiffs*<br><br>vs<br><br>Pedro Pierluisi, et als.<br>*Defendants* | Civil No. 23-cv-1544 (MAJ)<br><br>COMPLAINT FOR DECLARATORY, INJUNCTIVE AND OTHER RELIEFS |

AMENDED FIRST MOTION FOR EXTENSION OF TIME UNTIL 1/28/2025

TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT

TO THE HONORABLE COURT:

Come now plaintiffs, to clarify a prior motion for extension and to move the Court to grant an extension of time until January 28, 2025 to file their reply to the opposition to Plaintiffs' Motion for Summary Judgment, and request as follows:

1. On January 7, 2025, the undersigned filed a first motion for extension of time requesting the following: "The Honorable Court has granted Defendants several extensions of time to answer Plaintiffs' Motion for Summary Judgment, which is now due on January 10, 2025. Their answer will probably be filed in the next two weeks during which time I will be outside of the United States. Therefore, we request that the period to file a reply not begin to run until the 23rd of January, upon the undersigned's return."

2. On January 8, 2025, the Court granted the motion and ordered the reply to be due on January 23, 2025. Docket Num. 48.
3. The undersigned wishes to clarify her request and resubmit her request at Docket Num. 47 as this Amended First Motion for Extension of Time until January 28, 2025 to File Reply to Opposition to Plaintiffs' Motion for Summary Judgement. Defendants have not yet filed their opposition.
4. In accordance with the Court's Scheduling Order, Docket Num. 33, Defendants' Opposition to Summary Judgement should have been filed on September 30, 2024 and the Plaintiffs' Reply five days later. Unfortunately, due to the four extensions of time to file the Opposition, the schedule has been delayed four months and now conflicts with the time that the undersigned is out of the country, despite her best efforts to avoid any conflict and despite the Court's schedule to avoid delay in the responsive motions.
5. If Defendants file their Opposition to Motion for Summary Judgement as ordered, Plaintiffs' Reply would be due five days later on January 15, 2025. Because the undersigned does not return from abroad until January 23, 2025, the undersigned requests that the reply term be set to expire five days later on January 28, 2025.
6. The short extension requested herein is made in good faith and is not meant to delay the proceedings which the Plaintiffs have diligently pursued since the filing of their claim, nor intended to prejudice Defendants who have had four months to prepare their opposition to the dispositive motion.

WHEREFORE it is respectfully requested from this Honorable Court to grant this request to set the reply deadline to January 28, 2025.

CERTIFICATE OF SERVICE

It is hereby certified that this motion was filed electronically, and a true and exact copy of the foregoing will be served on the defendants by the Pacer system.

In San Juan, Puerto Rico this 8th day of January, 2025.

S/ Johanna M. Emmanuelli Huertas
JOHANNA M. EMMANUELLI HUERTAS
USDC-PR #210506 Email: jmeh@mac.com
94 Calle Ponce, San Juan, PR 00917
Tel.: (787)342-6499