# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ÍNARU NADIA DE LA FUENTE DÍAZ**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JENNIFFER GONZÁLEZ COLÓN**, *et al.*,<br><br>*Defendants.* | Civ. No. 23-01544 (MAJ) |

## **JUDGMENT**

In accordance with the Opinion and Order entered on May 30, 2025 (**ECF No. 59**), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety without the imposition of costs or attorneys' fees.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of June, 2025.

                                              */s/ María Antongiorgi-Jordán*
                                              **MARIA ANTONGIORGI-JORDAN**
                                              **UNITED STATES DISTRICT JUDGE**