IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ínaru Nadia de la Fuente Díaz, et als.<br>*Plaintiffs*<br><br>vs<br><br>Jennifer González, et als.<br>*Defendants* | Civil No. 23-cv-1544 (MAJ)<br><br><br>COMPLAINT FOR DECLARATORY, INJUNCTIVE AND OTHER RELIEFS |

## Motion for Order to Enforce Judgment

**TO THE HONORABLE COURT:**

**COME NOW** plaintiffs, through the undersigned attorney, and very respectfully **SET FORTH** and **PRAY**:

On May 30, 2025, the Court entered Judgment supported by an Opinion and Order whereby it grants Plantiffs' request to obtain a marker for their gender identification, and orders Defendants to "promptly amend the Application for Gender Change form to include an option to select an 'X' as one's gender marker on one's birth certificate". It also directed Plaintiffs to "wait for the new application form to become available". O&O at 19, Dkt. 59. On June 13, Plaintiffs, through Amnesty International, sent an email to defendant Wanda Llovet Díaz, the Registry's Director, to inquire about the process to follow in order to obtain the new certificates. On June 16, Director Llovet sent a brief and unresponsive answer indicating that, upon consultation with the Legal Division of the Health Department, she was told that the time for appeal is still running. From this vague text, Plaintiffs can only infer that Defendants have not even begun to

1

prepare the new forms under the incorrect interpretation that the Judgment is not still enforceable.

FRCP 62 provides that a federal judgment is enforceable after 14 days from its entry, with noted exceptions. The exception that would apply to this case is solely under the Court's discretion and only after Defendants request a stay, and the Court considers all positions on the issue. Therefore, at this time the Judgment is enforceable.

As the Court's Opinion eloquently points, the government has infringed upon plaintiffs' constitutional rights, even defying its own laws and policies, as provided in Executive Order 2008-57. Sustaining the *status quo* would only further such illegal action and the animosity towards non-binary people in Puerto Rico.

THEREFORE, Plaintiffs request an order to Defendants to complete all necessary administrative work within an established time-frame, that should not exceed another month. If not, Defendants will not comply with the Court's order in, at least, two more years.

It is hereby certified that true and exact copy of the foregoing will be served by the court's system.

In San Juan, Puerto Rico this 1st day of July, 2025.

S/ *Johanna M. Emmanuelli Huertas*
JOHANNA M. EMMANUELLI HUERTAS
USDC-PR #210506
Email:  jmeh@mac.com
P.O. Box 136 Villalba, PR. 00766
Tel.:  (787)342-6499