IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ÍNARU NADIA DE LA FUENTE DÍAZ, *et al.*<br><br>Plaintiffs<br><br>v.<br><br>JENNIFFER GONZÁLEZ COLÓN, *et al.*<br><br>Defendants | Civil No. 23-1544 (MAJ) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

**COME NOW** Defendants Hon. Jenniffer González Colón, in her official capacity as Governor of the Commonwealth of Puerto Rico; Dr. Victor Ramos Otero López, in his official capacity as Secretary of the Department of Health of the Commonwealth of Puerto Rico; and Wanda Llovet Díaz, in her official capacity as the Director of the Demographic Registry and Vital Statistics of the Commonwealth of Puerto Rico ("Defendants"), and very respectfully STATE and PRAY as follows:

On July 28, 2025, appearing Defendants filed an *Emergency Petition for a Stay of Proceedings before the District Court under Federal Rule of Appellate Procedure 8 and First Circuit Rule 8* before the United States Court of Appeals for the First Circuit. *Exhibit 1*.

**WHEREFORE**, it is respectfully requested that the Court take notice of the above.

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

1

**RESPECTFULLY SUBMITTED.**

In San Juan. Puerto Rico on the 29th day of July 2025.

| | |
|---|---|
| **LOURDES L. GÓMEZ TORRES**<br>Secretary of Justice | *S/ Diana I. Pérez-Carlo*<br>**DIANA I. PÉREZ-CARLO**<br>USDC No. 307313 |
| **BRENDA A. GARCÍA RAMOS**<br>Interim Deputy Secretary of Civil Litigation | Email: *diana.perez@justicia.pr.gov*<br>Tel. (787) 721-2900, ext. 1419 |
| **SUSANA I. PEÑAGARÍCANO BROWN**<br>Director of Federal Litigation and<br>Bankruptcy Division | **DEPARTMENT OF JUSTICE**<br>**OF PUERTO RICO**<br>Federal Litigation and Bankruptcy Division<br>PO Box 9020192<br>San Juan Puerto Rico, 00902-0192 |